UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

HSBC BANK

                Plaintiff(s),

   v.

MARIA V. B. MANUEL

                Defendant(s).
_____/

No. C 10-01186 LB

**ORDER DIRECTING DEFENDANTS TO FILE CONSENT/DECLINATION FORM**

    Pending before the Court is Plaintiff's Motion to Remand and Request for Attorneys' Fees and Costs. (Dkt. # 7.) On March 24, 2010, this Court ordered the parties to file their consents or declinations to the Court's jurisdiction by April 7, 2010. (Dkt. # 3, at 2.) Upon review of the record in this action, the Court notes that Defendants have yet to file written consents to Magistrate Judge Beeler's jurisdiction. This civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

1  You have the right to have your case assigned to a United States District Judge for trial and
2  disposition. Accordingly, Defendants shall inform the Court whether they consent to Magistrate
3  Judge Beeler's jurisdiction or request reassignment to a United States District Judge for trial. The
4  consent/declination form shall be filed by May 10, 2010.

**IT IS SO ORDERED.**

Dated: May 3, 2010

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

HSBC BANK,  No. C 10-01186 LB

    Plaintiff(s),  **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    v.

MARIA V. B. MANUEL,

    Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____   _____
                                                      Signature

                                                      Counsel for _____
                                                      (Plaintiff, Defendant or indicate "pro se")

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| HSBC BANK,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>MARIA V. B. MANUEL,<br><br>　　　　Defendant(s).<br>_____/ | No. C 10-01186 LB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____          Signature_____

　　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")

C 10-01186 LB                            4

UNITED STATES DISTRICT COURT
For the Northern District of California